**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                         NO. 4:14CR00191-03 JLH

RICHARD BRIAN REYNOLDS                                                                  DEFENDANT

**ORDER**

On September 8, 2016, Richard Brian Reynolds appeared for sentencing and a bond revocation hearing. Prior to the hearing, Reynolds tested presumptively positive for methamphetamine and was remanded to the custody of the United States Marshal until such time as he tested negative. The Court has now been informed by the United States Probation Officer that the defendant's drug test is negative.

IT IS THEREFORE ORDERED that the sentencing and hearing on the government's motion to revoke bond is hereby rescheduled to begin on **TUESDAY, SEPTEMBER 27, 2016, at 1:30 p.m.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #797.

IT IS SO ORDERED this 21st day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE